# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEVIN JAMES WHITE, JR. | 23-cv-03319-JEB |
| DEFENDANT | TYPE OF PROCESS |
| JOHN A. DONNELLY, SR. et al | Summons & Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DC MAYOR
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
1350 Pennsylvania Ave. NW Suite 407 Washington, DC 20004

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

LEVIN JAMES WHITE, JR.
1445 River Road West
Crozier, VA 23039

Number of process to be served with this Form 285: 8
Number of parties to be served in this case: 9
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
/s/ Simone Logan
TELEPHONE NUMBER: (202) 354-3120
DATE: 01/10/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 8/9
District of Origin No.: A16
District to Serve No.: A16
Signature of Authorized USMS Deputy or Clerk: [signed]
Date: 1/11/24

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above):
DC Attorney General

Address (complete only different than shown above):
400 6th St NW
Washington, DC 20001

Date: 2/8/24
Time: 9:15 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: [signed] 32116

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65 | 0 | $8 | $73 | | |

REMARKS
2/1/24: Mailed to DC Attorney General. Tracking # 7008 3230 0003 5117 9562
2/5/24: Delivered & Served

**RECEIVED**
FEB - 8 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

U.S. MARSHAL-DC PM 4:06
RECEIVED JAN 11 '24

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-03319-JEB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DC Mayor**
was received by me on *(date)* **1/11/24**.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **DC Attorney General**, who is
designated by law to accept service of process on behalf of *(name of organization)* **DC Mayor**
on *(date)* **2/5/24** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **2/8/24**

Server's signature

**C Estrada, DUSM**
Printed name and title

**333 Constitution Ave NW, Washington, DC 20001**
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70083230000351179562

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:26 pm on February 5, 2024 in WASHINGTON, DC 20001.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20001
February 5, 2024, 2:26 pm

### Redelivery Scheduled for Next Business Day
WASHINGTON, DC 20001
February 3, 2024, 11:29 am

### Out for Delivery
WASHINGTON, DC 20001
February 3, 2024, 6:10 am

### Arrived at Post Office
WASHINGTON, DC 20018
February 3, 2024, 5:54 am

### Arrived at USPS Regional Facility
WASHINGTON DC DISTRIBUTION CENTER
February 2, 2024, 11:08 pm

### Arrived at USPS Regional Facility