# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| LEVIN JAMES WHITE, JR. | 23-cv-03319-JEB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| JOHN A. DONNELLY, SR. et al | Summons & Amended Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
DC ATTORNEY GENERAL
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
400 6th Street, NW, Washington, DC 20001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

LEVIN JAMES WHITE, JR.
1445 River Road West
Crozier, VA 23039

Number of process to be served with this Form 285: 9
Number of parties to be served in this case: 9
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
/s/ Simone Logan
TELEPHONE NUMBER: (202) 354-3120
DATE: 01/10/2024

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted)

Total Process: 9/9
District of Origin No.: A16
District to Serve No.: A16
Signature of Authorized USMS Deputy or Clerk
Date: 1/11/24

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

Date: 2/9/24    Time: 8:15 ☒ am ☐ pm

Signature of U.S. Marshal or Deputy
32116

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65 | | $8 | $73 | | |

**REMARKS**
2/1/24: Mailed to listed address. Tracking # 7008 3230 0003 5117 9562
2/5/24: Delivered & served

U.S. MARSHAL-DC PM 4:05
RECEIVED JAN 11 '24

**RECEIVED**
FEB - 8 2024
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

AO 440b (Rev. 12/09; DC 03/10) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-03319-JEB

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DC Attorney General**
was received by me on *(date)* **1/11/24**

☒ I personally served the summons on the individual at *(place)* **400 6th St NW Washington, DC 20001**
 on *(date)* **2/5/24** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **2/8/24**

*Server's signature*

**C Estrada, DUSM**
*Printed name and title*

**333 Constitution Ave NW Washington, DC 20001**
*Server's address*

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 70083230000351179562

Copy     Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:26 pm on February 5, 2024 in WASHINGTON, DC 20001.

## Get More Out of USPS Tracking:

**USPS Tracking Plus®**

● **Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20001
February 5, 2024, 2:26 pm

● **Redelivery Scheduled for Next Business Day**
WASHINGTON, DC 20001
February 3, 2024, 11:29 am

● **Out for Delivery**
WASHINGTON, DC 20001
February 3, 2024, 6:10 am

● **Arrived at Post Office**
WASHINGTON, DC 20018
February 3, 2024, 5:54 am

● **Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
February 2, 2024, 11:08 pm

● **Arrived at USPS Regional Facility**